**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**IN RE:**
    **MARY CAMPBELL**    **CHAPTER 13**
                                    **CASE NO. 14-61139**

**ORDER**

This matter came upon the confirmation hearing on the debtor(s)' proposed Chapter 13 Plan and any objections thereto, and the trustee's motion to dismiss or convert. It appearing to the court that the debtor(s)' plan is not ready for confirmation, it is hereby

**ORDERED:**

1. The hearings on the confirmation of debtor(s)' proposed Chapter 13 plan and any objections thereto and the trustee's motion to dismiss are:

   **X**   (a) **CONTINUED** to September 25, 2014 at 9:30 A.M.

   _____(b) **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

2. _____ This continuance is conditioned upon the debtor(s)' keeping their plan payments current. Failure to do so results in dismissal on the continued hearing date or automatic dismissal without further notice or hearing twenty-one (21) days after the trustee's certification unless the debtor files a timely response to the certification.

3. _____ The debtor(s)' shall have until _____ to bring plan payments current, otherwise, the case will be dismissed at the continued hearing date or will be automatically dismissed twenty-one (21) days after the trustee's certification that plan payments are delinquent unless the debtor(s) timely files a response to the certification.

4. _____ The hearing on confirmation, and any objections thereto and the trustee's motion to dismiss/convert are continued to _____ at _____ at which time all the conditions marked with an "X" on the attached Exhibit A must have been accomplished or the debtor(s) shall appear at that time at show cause why the case should not be dismissed.

5. _____ Confirmation of the debtor(s)' exiting Chapter 13 plan is **DENIED.**

6. **X** Debtor(s) shall have until 9-11-2014 to file a modified plan, if necessary. Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without

further notice or hearing, unless on or before the due date for the modified
plan counsel files a certification that there is no need to file a modified plan.

        Should a modified plan be timely filed, counsel shall serve it in accord with
existing procedures and orders of this court; provided however, that no
service shall be required as to any class of creditors not adversely affected
by the amended plan, as certified in writing by counsel for the debtor(s)
and endorsed as agreed by the trustee, which certification
shall be filed with the Clerk no later than the date by which
service of the modified plan is required to be
made. In all cases of plan modification, service shall be made
upon any creditor who has any pending objection to confirmation or a
specific request for notice.

7. _____    Counsel for the debtor(s) shall submit a wage deduction order to the court no later than _____ or the debtor(s) shall appear at the continued hearing date to show cause why no wage deduction order should be entered.

8. _____    Should the trustee be prepared to recommend confirmation, she/he may submit a confirmation order for entry prior to continued hearing provided there is no pending objection by a creditor to confirmation.

9. __X__    Other provisions: __Debtor to provide to the trustee by 9-11-2014: copies of the $5,000.00 loan paperwork & proof of the receipt & disbursement of the funds, bank statements for June of 2014, Debtor to answer the question of why the difference between the monthly average for the May 2014 paystub and the December 2013 paystub?; current default of $672.00, catch it up by 9-24-2014 or provide proof of of its deduction from her paycheck, by wage deduction for the trustee.__

Debtor(s) counsel shall serve a copy of this order upon the Chapter 13 trustee and all creditors or their counsel who have filed objections, a motion to dismiss or convert, or an unsolved motion for relief from the automatic stay.

Entered:   9/02/14

                *Rebecca B Connelly*
                U.S. Bankruptcy Judge

We consent:

/s/ Herbert L. Beskin, signed by RR Yancey with express permission
Chapter 13 Trustee

/s/ RR Yancey
Debtor's Counsel